**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JARRET M. CANTRELLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-309** |
| **THIBODAUX POLICE DEP'T, ET AL.** | **SECTION "I" (2)** |

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff Cantrelle's § 1983 claims against Thibodaux Police Department, be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B), and § 1915A(b).

**IT IS FURTHER ORDERED** that Cantrelle's claims against Chief Bryan Zeringue, Commander T.J. Crochet, Jonathan Fryer, Leonard Firmin, John Lirette, Michael Labit, Charlie Newton, Julian Warden, Oliver Holmes, Alex Duplantis, Jacob Hoffpauir, Shane Savant, Jeff Chamberlin, Vincent Disrefano, Jacob Thibodaux, Karissa Waguespeck, Bradley Trosclair, Jared Rich, Derek Guidry, Jeremy Gaudet, Jory Guidry, Kirk Foret, Devin Leboeuf, Drake Duet, and Kate Foret be **DISMISSED WITH PREJUDICE** as failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and § 1915A(b), but with leave to amend.

**IT IS FURTHER ORDERED** that Cantrelle shall have until October 1, 2026 to file an amended complaint identifying specific claims and facts supporting same against Chief Bryan Zeringue, Commander T.J. Crochet, Jonathan Fryer, Leonard Firmin, John Lirette, Michael Labit, Charlie Newton, Julian Warden, Oliver Holmes, Alex Duplantis, Jacob Hoffpauir, Shane Savant, Jeff Chamberlin, Vincent Disrefano, Jacob Thibodaux, Karissa Waguespeck, Bradley Trosclair,

Jared Rich, Derek Guidry, Jeremy Gaudet, Jory Guidry, Kirk Foret, Devin Leboeuf, Drake Duet, and Kate Foret. Failure to do so will result in the **DISMISSAL WITH PREJUDICE** of Plaintiff's claims against those Defendants.

**IT IS FURTHER ORDERED** that the excessive force claims against Sgt. Dariontae Gasery, Sgt. Jason Slosarek, Simeon Leon, Sgt. Beau Prejean, on March 18, 2025, be allowed to proceed and remain referred to the undersigned for further pretrial proceedings.

New Orleans, Louisiana, this 10th day of September, 2026.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**